**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TELLY ROYSTER,  Plaintiff,  v.  PETER BINNION, et al,  Defendants. | NO. 3:13-CV-01449  (JUDGE CAPUTO)  (MAGISTRATE JUDGE SAPORITO) |

## ORDER

**NOW**, this 2nd day of September, 2016, **IT IS HEREBY ORDERED** that Magistrate Judge Saporito's Report and Recommendation (Doc. 112) is **ADOPTED in Part** as follows:

(1) Plaintiff's declaratory and injunctive relief claims are **DISMISSED with prejudice**.

(2) Defendants' motions for summary judgment (Doc. 86, 89) are **GRANTED** as to the remaining federal law claims.

(3) Plaintiff's state law claims are **DISMISSED without prejudice**.

(4) The Clerk of Court is directed to **ENTER** judgment in favor of the defendants and **AGAINST** the plaintiff on all claims seeking compensatory and punitive damages under federal law. (Doc. 1-1).

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge